UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

SLATE CRAFT GOODS, INC.,

      Plaintiff,

        v.                           Case No.  24-C-1292

HORSESHOE BEVERAGE COMPANY LLC, et al.,

      Defendants.

## SCHEDULING ORDER

The court held a telephone scheduling conference with the parties' attorneys on July 7, 2025, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16(a) (E.D. Wis.). Accordingly, the parties shall comply with the following schedule and procedures.

### DISCOVERY

1. Initial disclosures are to be exchanged between the parties no later than July 14, 2025 in accordance with Fed. R. Civ. P. 26(a)(1).  These documents are not to be filed with the court.

2. Amendments to the pleadings may be filed without leave of court on or before August 8, 2025.  Fed. R. Civ. P. 15 will apply to any amendment filed after that date.

3. In accordance with Fed. R. Civ. P. 26, the disclosure of expert name and general subject matter of anticipated expert reports is due on or before March 27, 2026. The deadline for parties to serve expert report(s) on issue(s) for which that party bears the burden of proof at trial is May 5, 2026, and the deadline for parties to serve rebuttal expert report(s) on issue(s) for which that party does not bear the burden of proof at trial is June 19, 2026.

These documents are to be exchanged between the parties and are not to be filed with the court.

4. All fact discovery in this case is to be completed no later than March 6, 2026, and all expert discovery is to be completed no later than July 15, 2026.

5. Depositions, whether for discovery purposes or for trial, must be completed by the discovery deadline absent agreement of the parties or order of the court.

6. Boilerplate objections to discovery requests are not to be used. In the event a responding party has an objection to a particular discovery request, the objection is to be stated with specificity. The response should also indicate whether some or all of the requested information or documents are NOT being produced on the basis of an objection.

## SUMMARY JUDGMENT MOTIONS

7. Motions for summary judgment must comply with Fed. R. Civ. P. 56 and Civil L.R. 7 and shall be served and filed on or before September 4, 2026.

8. Any summary judgment motion filed against a pro se litigant must comply with Civil L.R. 56(a).

9. If one or more parties believe there is a threshold factual issue that could resolve the case quickly, this Court has adopted an expedited "streamlined" summary judgment procedure. Additional instructions can be found on the court's website at **www.wied.uscourts.gov.** Select the "Our Judges" tab, "Judges by Seniority" or "Judges Alphabetically", and then "William C. Griesbach" and "Instructions for Litigants".

## TELEPHONE STATUS CONFERENCE

10. A telephone status conference will be held on March 13, 2026 at 10:00 a.m. (CT). The parties shall call the court Zoom conference line at **669-254-5252**, use **Meeting ID: 161**

**5758 9308**, press # to bypass Participant ID, and enter **Passcode: 519855** to join the call. To ensure a clear record of the hearing, participants should not use a speaker phone. Participants shall call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding. If you have any questions, please contact the Clerk's Office at 920-884-3720.

**FINAL PRETRIAL AND TRIAL**

11. A final pretrial will be held on January 15, 2027 at 11:00 a.m. (CT) at 125 South Jefferson Street, Green Bay, WI 54301, in Room 201.  Attorneys for all parties are required to appear in person.  Parties need not appear, but should be available by telephone.

12. A jury trial will be held on February 8, 2027 at 8:30 a.m. (CT) at 125 South Jefferson Street, Green Bay, WI 54301, in Room 201.

**ADDITIONAL PROCEDURES**

13. All requests of the court must be made by formal motion in accordance with Civil L.R. 7 and the Federal Rules of Civil Procedure.

14. Expedited non-dispositive motions must comply with Civil L.R. 7(h).

15. Counsel seeking non-dispositive procedural relief shall consult with the opposing party and include in the motion a statement indicating whether or not the motion is opposed.

16. Counsel are to confer and make a good faith effort to settle the case and explore various methods of alternate dispute resolution (ADR). The court will refer the case to one of the magistrate judges for mediation, at no cost to the parties, when a request is made at least ninety (90) days prior to the final pretrial conference.

17. Settlement discussions must be completed prior to the final pretrial conference. In cases where settlement occurs after the final pretrial conference, the court may impose jury-

related costs, including notification, travel, and attendance fees, upon the responsible attorneys.

18. The foregoing schedule shall not be modified except upon a showing of good cause and by leave of the court. The pendency of motions or settlement discussions shall not justify modification of the schedule, nor delay the taking of discovery.

**SO ORDERED** at Green Bay, Wisconsin this 8th day of July, 2025.

s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge