# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**SLATE CRAFT GOODS, INC.,**

        **Plaintiff,**

        **v.**                           **Case No. 24-C-1292**

**HORSESHOE BEVERAGE COMPANY, LLC, and
TRILLIANT FOOD AND NUTRITION, LLC,**

        **Defendants.**

---

## ORDER GRANTING JOINT EXPEDITED AND NON-DISPOSITIVE
## CIVIL L.R. 7(h) MOTION TO EXTEND CASE SCHEDULE

---

Before the Court is Plaintiff Slate Craft Goods, Inc.'s and Defendants Horseshoe Beverage Company, LLC, and Trilliant Food and Nutrition, LLC's Joint Motion to Extend Case Schedule. Having considered the Motion and finding that good cause exists under Rule 16(b)(4) of the Federal Rules of Civil Procedure, the Motion to Extend Case Schedule (Dkt. No. 137) is **GRANTED** and Slate's Motion to Modify Case Schedule to Accommodate Document Discovery and Depositions (Dkt. No. 130) is **DENIED as moot**. The court therefore **ORDERS** that the case schedule be modified as follows:

| Event | Previous Date | New Date |
|---|---|---|
| Close of fact discovery | March 6, 2026 | May 8, 2026 |
| Disclosure of expert name and general subject matter of anticipated expert reports | March 27, 2026 | May 15, 2026 |
| Deadline for parties to serve expert report(s) on issue(s) for which that party bears the burden of proof at trial | May 5, 2026 | June 19, 2026 |

| | | |
|---|---|---|
| Deadline for parties to serve rebuttal expert report(s) on issue(s) for which that party does not bear the burden at trial | June 19, 2026 | July 31, 2026 |
| Deadline to complete expert discovery | July 15, 2026 | September 3, 2026 |
| Deadline for summary judgment motions and *Daubert*/Fed. R. Evid. 702 motions | September 4, 2026 | October 7, 2026 |
| Deadline for oppositions to *Daubert*/Fed. R. Evid. 702 motions | September 25, 2026 | November 6, 2026 |
| Deadline for oppositions to summary judgment motions | October 5, 2026 | November 6, 2026 |
| Deadline for replies in support of *Daubert*/Fed. R. Evid. 702 motions | October 9, 2026 | November 20, 2026 |
| Deadline for replies in support of summary judgment motions | October 19, 2026 | November 20, 2026 |
| Final pretrial conference | January 15, 2027 | To be determined |
| Trial | February 8, 2027 | To be determined |

The parties also requested a telephonic discovery conference to address discovery disputes (Dkt. No. 136). The court will address the parties' discovery disputes at the telephone conference already scheduled for March 13, 2026, at 10:00 a.m.

**SO ORDERED** at Green Bay, Wisconsin this 25th day of February, 2026.

William C. Griesbach
United States District Judge

2